# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANUEL ACOSTA, LOUIS MONTOYA, and MARTIN HINOJOSA, on behalf themselves and all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC., d/b/a Tyson Fresh Meats,<br><br>    Defendant. | 8:08CV86<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Manuel Acosta, Louis Montoya, and Martin Hinojosa, et al., individually and on behalf of a class of others similarly situated, if any, and Defendant Tyson Foods, Inc.'s Joint Motion For Extension Of Deadlines ([Filing No. 40](#)). Having reviewed the Joint Motion, the Court adopts the parties' proposed extension of the discovery deadlines listed in the Court's Scheduling Order ([Filing No. 24](#)).

The Court's Scheduling Order hereby is amended to extend the parties' deadline for discovery relating to class action certification until November 2, 2009, extend the plaintiffs' deadline to file a class action certification motion until November 12, 2009, extend the defendant's deadline to serve an opposition to the plaintiffs' class action certification motion until December 14, 2009, and extend the plaintiffs' deadline to file a reply supporting class action certification until December 31, 2009.

A **telephone** conference with the undersigned magistrate judge and counsel will be held on **December 18, 2009, at 1:30 p.m.** to discuss the progression of the case. The plaintiffs' counsel shall initiate the telephone call.

**IT IS SO ORDERED.**

DATED this 9th day of July, 2009.

                                                BY THE COURT:

                                                s/Thomas D. Thalken<br>                                               United States Magistrate Judge