IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANUEL ACOSTA, LOUIS MONTOYA and MARTIN HINOJOSA on behalf themselves and all other similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TYSON FOODS, INC. (d/b/a Tyson Fresh Meats),<br><br>　　　　　　Defendant., | 8:08CV86<br><br>ORDER |

　　　　This matter comes before the Court on Plaintiffs' Manual Acosta, Louis Montoya and Martin Hinojosa, *et al.*, individually and on behalf of a putative class of others similarly situated, if any, and Defendant Tyson Foods, Inc.'s ("Tyson") Joint Motion For Extension Of Deadlines (Filing No. 51). Having reviewed the Joint Motion, the Court adopts the parties' proposed extension of the discovery deadlines listed in the Court's orders (Filing No. 41 and Filing No. 49).

　　　　The Court's orders hereby are amended to extend the parties' deadline for discovery relating to class action certification until February 1, 2010, extend Plaintiffs' deadline to file class action certification motion until March 15, 2010, extend Defendant's deadline to serve opposition to Plaintiffs' class action certification motion until April 13, 2010, and extend Plaintiffs' deadline to file reply briefs supporting class action certification motion until April 29, 2010.

　　　　**IT IS SO ORDERED.**

　　　　DATED this 29th day of September, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　 s/Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge