IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MANUEL ACOSTA, LOUIS MONTOYA, and MARTIN HINOJOSA on behalf of, themselves and all others similarly, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV86 |
| vs. | ) ) | ORDER |
| TYSON FOODS, INC., (d/b/a TYSON FRESH MEATS), | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' unopposed Motion to Extend Deadlines Related to Rule 23 Certification and Discovery and Motion Briefing (Filing No. 57). The parties have worked diligently to complete class discovery and now seek an additional thirty (30) days to complete class certification related discovery and a Rule 30(b)(6) deposition. Plaintiffs also seek to extend briefing deadlines thirty (30) days. For good cause shown, the motion is granted and the deadlines shall be extended.

The court's order (Filing No. 53) is amended as follows:

May 7, 2010:   Deadline for Rule 30(b)(6) deposition

May 7, 2010:   Deadline for discovery related to class action certification.

May 27, 2010:  Deadline for plaintiffs to file class certification motion

July 6, 2010:  Deadline for defendant's opposition to motion

July 31, 2010: Deadline for plaintiffs' reply brief

**IT IS SO ORDERED.**

DATED this 8th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge