# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MANUEL ACOSTA, et al.,** | ) | |
| Plaintiffs, | ) | 8:08CV86 |
| vs. | ) | ORDER |
| **TYSON FOODS, INC.,** d/b/a **TYSON FRESH MEATS,** | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Unopposed Motion to Extend Deadlines Related to Rule 23 Certification Discovery and Motion Briefing (Filing No. 59). For good cause shown, the motion is granted and the deadlines shall be extended. The court's order (Filing No. 58) is amended as follows:

    May 21, 2010: Deadline for Rule 30(b)(6) deposition

    May 21, 2010: Deadline for discovery related to class action certification

    June 10, 2010: Deadline for plaintiffs to file class certification motion

    July 20, 2010: Deadline for defendant's opposition to motion

    August 14, 2010: Deadline for plaintiffs' reply brief

**IT IS SO ORDERED.**

DATED this 10th day of May, 2010.

                                                      BY THE COURT:

                                                      s/ Thomas D. Thalken
                                                      United States Magistrate Judge