IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANUEL ACOSTA, et al., individually and on behalf of a class of others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>TYSON FOODS, INC.<br><br>        Defendant. | Case No. 8:08-cv-0086-JFB-TDT<br><br>ELECTRONICALLY FILED<br><br>PLAINTIFFS' INDEX OF EXHIBITS SUBMITTED IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23 |

**Exhibit 1**   Declaration Of Brian P. McCafferty of June 8, 2010.

**Exhibit A.**   Excerpts Of May 19, 2010 Deposition of Mary Unger

**Exhibit B.**   Excerpts Of May 19, 2010 Deposition of William O'Connor

        Respectfully submitted,

        /s/ Brian P. McCafferty

        Brian P. McCafferty, Esq.
        Kenney & McCafferty, PC
        3031C Walton Road, Suite 202
        Plymouth Meeting, PA 19462
        (610) 940-0327 (phone)
        (610) 940-0284 (fax)
        cafstar@aol.com

Dated: June 8, 2010

## CERTIFICATE OF SERVICE

I, Brian P. McCafferty, hereby certify that on June 8, 2010, I electronically filed the foregoing Plaintiffs' Index of Exhibits Submitted in Support of Plaintiffs' Motion For Rule 23 Certification with the Clerk of Court using the CM/ECF system which sent notification of such to the following counsel for Defendant Tyson:

> Michael J. Mueller, Esq.
> Evangeline Paschal, Esq.
> Alison D. Balus, Esq.
> Steven D. Davidson, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

> None.

/s/ Brian P. McCafferty
_____
Brian P. McCafferty

Dated: June 8, 2010