# EXHIBIT "A"

Page 1

```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
                     OMAHA DIVISION
MANUEL ACOSTA, et al.       )
on behalf of themselves and all )
other similarly situated    ) CASE NO.
individuals,                ) 8:08-cv-00086-JFB-TDT
                            )
        Plaintiffs,         )
                            ) *CONFIDENTIAL*
      v.                    )
                            )
TYSON FOODS, INC.           ) TAKEN ON BEHALF
                            ) OF THE
       Defendant.           ) PLAINTIFFS
_____)
```

APPEARANCES:

Mr. Brian P. McCafferty       For Plaintiffs
Attorney at Law
KENNEY & McCAFFERTY
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462

Ms. Evangeline Paschal       For Defendant
Attorney at Law
HUNTON & WILLIAMS
1900 K Street, N.W.
Washington, D.C. 20006-1109

ALSO PRESENT:  William O'Connor
               Steve Jarchow

RULE 30(b)(6) DEPOSITION OF MARY UNGER, taken at 8:18 a.m. on May 19, 2010, by Rachel McMenamin, CSR, RPR, and General Notary Public in and for the State of Nebraska, taken at 1500 Woodmen Tower, Omaha, Nebraska.

Page 2

            E X H I B I T   I N D E X

Ex.    Pg. Ref.
No.    No.      Description

1      3        Notice of Rule 30(b)(6)
                Deposition
2      3        Preliminary Responses and
                Objections
3      24       Spreadsheet
4      72       January 14, 2010 Memorandum

Page 3

1           (Deposition Exhibit Numbers 1 and 2 were
2    marked for identification.)
3                    MARY UNGER
4           Of lawful age, being first
             duly cautioned and solemnly
5            sworn as hereinafter certified,
             was examined and testified as
6            follows:
7        MR. McCAFFERTY:  We are here for a Rule
8    30(b)(6) deposition in the case Acosta versus Tyson
9    Foods.  I have sent Counsel for Tyson a notice of
10   deposition that has 15 subject matter areas.  That has
11   been premarked as Exhibit 1.  And then I received -- it
12   might have been Monday or it might have been
13   yesterday -- the preliminary responses and objections
14   from Tysons.
15       MS. PASCHAL:  It's dated the 17th as well.
16       MR. McCAFFERTY:  Okay.  And that has been
17   premarked as Exhibit 2.  So if we need to make reference
18   to either document, we have that all set up.  So let's
19   get started.
20               DIRECT EXAMINATION
21   BY MR. McCAFFERTY:
22       Q    Could you state your name and spell it for the
23   record, please.
24       A    Mary Unger.  It's spelled M-a-r-y.  Last name
25   is U-n-g-e-r.

Page 4

1        Q    Who are you currently employed by, Mary?
2        A    Tyson.
3        Q    Can you be specific as to the corporate entity
4    that you work for?
5        A    Tyson Fresh Meats in Madison, Nebraska.
6        Q    You work at Madison, Nebraska?
7        A    Yes.
8        Q    What does that plant do?
9        A    It -- the Madison plant produces fresh cuts of
10   pork such as loin, picnic ham, and spare ribs.
11       Q    What is your position with Tyson?
12       A    Personnel manager.
13       Q    How long have you worked for Tyson?
14       A    Since April of 2000.
15       Q    How long have you worked at the Madison,
16   Nebraska plant?
17       A    Six years.
18       MS. PASCHAL:  And Brian, just for
19   clarification, you asked how long she worked at Tyson,
20   but I think before 2001, it was actually IBP.  Now it's
21   all one company, but just for purposes of the record.
22       MR. McCAFFERTY:  Right.  That's a good point.
23       Q    You've worked for the last six years in
24   Madison; correct?
25       A    Yes.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska  (402) 331-2500

b4c12b82-5118-4a9c-bcbe-b8e8aabbf687

Page 5

1  Q  And then who did you -- or where did you work
2  prior to Madison?
3  A  Norfolk.
4  Q  Is the Norfolk plant closed now?
5  A  Yes.
6  Q  Did you move to the Madison plant at the time
7  Norfolk closed?
8  A  No. I moved before it closed.
9  Q  Have you worked at any Tyson or IBP facility
10 other than Madison or Norfolk?
11 A  No.
12 Q  How long have you been the personnel manager
13 at the Madison plant?
14 A  Six years.
15 Q  Have you ever given a deposition before?
16 A  Yes.
17 Q  Can you tell me the circumstances of why you
18 gave a deposition?
19 A  Work comp.
20 Q  To make sure we're both talking about the same
21 thing, was it a -- was the deposition you're referring
22 to a situation similar to today where we're not in a
23 courtroom, it's not a formal hearing, but we're here
24 just with attorneys and a court reporter and a witness?
25 A  Yes.

Page 6

1  Q  How long ago was that deposition?
2  A  Maybe three years ago. It was in my office in
3  personnel.
4  Q  Do you remember it?
5  A  Yeah. I had the court reporter and two
6  attorneys.
7  Q  Okay. So would it be fair to say that you
8  understand this process and what we're doing here today?
9  A  Yes.
10 Q  And one thing I just want to make sure you're
11 aware of, do you understand that you've been asked to
12 testify as a corporate witness on behalf of Tyson?
13 A  Yes.
14 Q  And so do you understand that the answers that
15 you give to my questions today, in a sense, legally bind
16 the company? Has your counsel explained that to you?
17 A  Yes.
18    MS. PASCHAL: Just for the record, objection
19 to form to the extent it characterizes a 30(b)(6) a
20 fact.
21    MR. McCAFFERTY: Okay.
22 Q  Can you tell me what departments the Madison
23 plant has.
24 A  Kill, cut, converting.
25 Q  Does it have any other departments besides

Page 7

1  those three?
2  A  Rendering, load out, maintenance. You've got
3  management support and management, but --
4  Q  How about -- let me see if I can make this
5  easier for you. Can you tell me which departments
6  employ hourly workers?
7  A  All of those.
8  Q  Kill, cut, converting, rendering, load out,
9  and maintenance?
10 A  Are hourly workers.
11 Q  Any others that we have not talked about?
12 A  No.
13 Q  Do you know how many hourly employees the
14 Madison plant currently has?
15    MS. PASCHAL: Objection to form. Do you mean
16 in all its departments or just production?
17    MR. McCAFFERTY: I mean all hourlies in this
18 question.
19    MS. PASCHAL: Okay.
20 A  All hourlies is 970.
21 Q  Could you tell me -- it looks like you're
22 referring to a department. Could you just tell me what
23 that document is.
24 A  It's a retention report that I do monthly.
25 Q  Has the number of hourly employees at the

Page 8

1  Madison plant changed significantly in the last five or
2  six years?
3  A  No.
4  Q  It's been at or near 970?
5  A  Yes.
6  Q  When the Norfolk plant closed, did Tyson move
7  any jobs or processes to the Madison plant?
8     MS. PASCHAL: Objection to form.
9  A  No. We didn't move any to the Madison plant.
10 We didn't move any jobs to the Madison plant. We didn't
11 have to hire for a while, but --
12 Q  I see what you're saying. And there was
13 another plant not too far away in West Point, Nebraska;
14 is that correct?
15 A  Yes.
16 Q  And is that plant also closed?
17 A  Yes.
18 Q  When did that plant close?
19 A  It was about the same time the Norfolk plant
20 closed.
21 Q  And so I would have the same question with
22 regard to the West Point plant. Did Tyson move any jobs
23 or processes from the West Point plant to the Madison
24 plant when the West Point plant closed?
25 A  No. West Point and Norfolk were beef.

Page 9

1    Q   Okay.
2    A   Madison is pork.
3    Q   Right. That makes sense. In terms of your
4  hourly employees, can you tell me how many hourly
5  employees currently work in the kill department?
6    A   211.
7    Q   How many shifts per day does the kill
8  department operate?
9    A   One shift.
10   Q   How many hourly employees currently work in
11 the cut department?
12   A   284.
13   Q   How many shifts per day does the cut
14 department operate?
15   A   One.
16   Q   How many hourly employees are currently
17 working in the converting department?
18   A   Converting is divided into three different
19 areas. They have a loin area that's 125, they have
20 A Ham that's 116, and they have B Ham that's 115.
21   Q   So if my math is correct, that's somewhere --
22 356 employees?
23   A   Yes.
24   Q   How many shifts per day does the converting
25 department operate?

Page 10

1    A   Loin and A Ham is A shift, and B Ham is B
2  shift.
3    Q   How many hourly employees are -- work in the
4  rendering department?
5    A   12.
6    Q   How many hourly employees work in the load out
7  department?
8    A   30.
9    Q   How many hourly employees work in the
10 maintenance department?
11   A   65.
12   Q   Have you ever heard the term gang time before?
13   A   Yes.
14   Q   Do you have an understanding of what gang time
15 is?
16   A   Yes.
17   Q   Can you tell me what gang time is, please.
18   A   It's -- it's when production starts to when
19 production ends.
20   Q   Does gang time have anything to do with how
21 employees are paid at the Madison plant?
22   A   Yes.
23   Q   Can you explain how that works.
24   A   An example would be like on the cut, it's when
25 they start the chain -- they start feeding the chain to

Page 11

1  the time that it -- the chain stops.
2    Q   When you say feed the chain, do you mean chain
3  of hogs?
4    A   Turn -- yeah. Turn the chain on and turning
5  the chain off.
6    Q   And you said that was in cut or converting?
7    A   Cut. It's the same example of cut and
8  converting, it's the time that they turn it on and it
9  actually feeds the chain.
10   Q   And how does that correspond to how hourly
11 workers are paid at the Madison plant?
12   A   The -- the -- they're paid by gang.
13   Q   Which means what?
14   A   A lot of them are paid by gang. From the time
15 that the -- they get their first piece of meat to the
16 time that they're done with that piece of meat, the last
17 piece of meat.
18   Q   So their pay starts when the first piece of
19 meat comes to their individual workstation?
20   A   Yes, to the time that they're done with that
21 piece of meat.
22   Q   With that piece of meat or with all pieces of
23 meat?
24   A   All pieces of meat.
25   Q   Are hourly employees in the kill department

Page 12

1  paid on a gang-time basis?
2    A   Yes.
3    Q   Are all hourly employees in the kill
4  department paid on a gang-time basis?
5    A   Not all hourly are paid on gang.
6    Q   Can you tell me what would be the criteria
7  where some would be paid on gang time and some would
8  not?
9    A   Some of them set the floor up, get it ready
10 for production to begin. They're not paid on gang time.
11   Q   Do you have any idea how many people you would
12 be talking about that do the setup?
13   A   I don't have a number, no.
14   Q   Do you have an idea?
15   A   Idea, probably one in each department. I
16 would say five.
17       MS. PASCHAL: Just to make the record clear,
18 Brian, that's from personal knowledge.
19       MR. McCAFFERTY: Right.
20       MS. PASCHAL: She's not prepared on that
21 particular topic.
22       MR. McCAFFERTY: Okay. I think that came
23 through, but okay.
24 BY MR. McCAFFERTY:
25   Q   So other than these approximately five people

3 (Pages 9 to 12)

**Page 13**

1  that do setup in the kill department, is everybody else
2  paid on a gang-time basis?
3  A   You have people that do cleanup.
4  Q   Do you know how many people do cleanup?
5      MS. PASCHAL:  Same objection.
6  A   I don't have the -- an estimate?
7  Q   Right.  You don't -- you wouldn't even be able
8  to give me an estimate?
9  A   Well, I would say there's a cleanup person in
10 each department, so I would say five again, on an
11 estimate.
12 Q   Five total in the plant, or five just in the
13 kill department?
14 A   Five just in the kill department.  Each
15 department has got their own cleanup person.
16 Q   So -- and I understand they're purely
17 estimates, but you've talked about possibly five people
18 doing setup and five people doing cleanup in the kill
19 department.  Would it be fair to say that everybody else
20 gets paid on gang time?
21 A   Yes.  I don't -- can't think of anybody else.
22 Q   How about on the cut department, does
23 everybody in that department get paid based on gang
24 time?
25 A   It would be the same as kill, your setup

**Page 14**

1  people and your cleanup people.
2  Q   How many people in cut do setup and cleanup?
3  A   It would be about the same, one per
4  department.  About five.
5  Q   Okay.  And just so -- I think we may be
6  confusing each other a little bit because we're probably
7  using department -- I think I'm using department in a
8  different way than you're using it.  What would you call
9  the -- would you just call it the kill floor rather than
10 the kill department?
11 A   Yes, that's fine.  Yeah.
12 Q   Okay.  And so within the kill floor, are there
13 different departments as Tyson classifies it?
14 A   Yes.
15 Q   And how many different departments are there
16 on the kill floor?
17 A   Five.
18 Q   Okay.  So when you say one per department, you
19 don't mean one in kill, one in cut, one in converting,
20 one in rendering, you mean one in each of the five Tyson
21 departments on the kill floor?
22 A   Yes.
23 Q   All right.  I think we're back on the same
24 page.  How many departments are there on the cut floor?
25 A   Seven.

**Page 15**

1  Q   So would it be our understanding with regard
2  to the cut department that there's one setup and one
3  cleanup person for each of the seven departments within
4  the cut floor?
5  A   No, they're different.  They have a sales
6  department that is shared with the other supervisors,
7  and they have a -- another department that's shared.
8  Q   Okay.  So is it your belief, then, that
9  there's probably five setup and five cleanup on the cut
10 floor?
11 A   Yes.
12 Q   Other than the five setup and five cleanup
13 people, is everybody else paid based on gang time on the
14 cut floor?
15 A   Yes.
16 Q   And I guess converting we'll talk about the
17 three different areas.  The loin A shift, are those
18 employees paid based on gang time?
19 A   Yes.
20 Q   Are there any setup, cleanup people associated
21 with loin A shift?
22 A   Yes.
23 Q   Would you know how many?
24 A   I would -- again, it's a guess, one for each
25 department.

**Page 16**

1  Q   One for each department?  And how many
2  departments are there within the converting --
3  A   Converting -- the loin has two.
4  Q   Loin has -- loin A shift -- well, I guess
5  there's only one shift on loin; right?
6  A   Right.
7  Q   And there's two departments?
8  A   Yes.
9  Q   Do you believe that there's a setup and
10 cleanup person for each department in loin A shift?
11 A   Yes.
12 Q   Other than those setup/cleanup people, are the
13 rest of the hourly employees on loin A shift paid on
14 gang time?
15 A   Yes.
16 Q   Let's talk about the A shift ham.  How many
17 departments are there?
18 A   Three.
19 Q   Three departments?  Would it be your estimate
20 that there's one setup and one cleanup person for each
21 of the three departments on the A shift ham?
22 A   No.  Because there's one department that is a
23 honey baked department, so they're combined with the
24 two, so there's just two.
25 Q   Other than the two setup and two cleanup

Page 17

1  people on A shift ham, are the rest of the hourly
2  employees paid based on gang time?
3      A   Yes.
4      Q   Same questions for B shift ham. How many
5  departments does that have?
6      A   Three.
7      Q   How many setup and cleanup people are there
8  likely to be on --
9      A   Two.
10     Q   Two setup, two cleanup? Other than the two
11 setup and two cleanup employees in B shift ham, are the
12 rest of the hourly employees paid on a gang-time basis?
13     A   Yeah.
14     Q   Are the rendering employees paid on a
15 gang-time basis?
16     A   No.
17     Q   Are the load out employees paid on a gang-time
18 basis?
19     A   No.
20     Q   Are the maintenance hourly employees paid on a
21 gang-time basis?
22     A   No.
23     Q   Are there any hourly employees other than
24 those in kill, cut, and converting that we've already
25 talked about that get paid on a gang-time basis?

Page 18

1      A   No. There is a training department that I
2  forgot.
3      Q   Okay. Let's talk about that. How many hourly
4  employees are in the training department?
5      A   12.
6      Q   What does the training department do?
7      A   Train our hourly.
8      Q   Are the 12 hourly training department
9  employees paid based on gang time?
10     A   No, I don't believe so.
11     Q   For the hourly workers that are paid based on
12 gang time, do they receive any additional pay other than
13 what's paid to them based on gang time?
14     A   Yes.
15     Q   What else are they paid?
16     A   They're paid pre-shift and post-shift time.
17     Q   What -- can you explain to me what pre-shift
18 and post-shift time is?
19     A   It's the time that they use to get ready and
20 go to their workstation and then take off their
21 equipment and leave their station.
22     Q   I didn't hear you.
23     A   Take off their equipment and leave, yes.
24     Q   Is there a notation on their pay stub that
25 specifically delineates pre-shift and post-shift time?

Page 19

1      A   Yes.
2      Q   How much pay do hourly workers receive for
3  pre-shift and post-shift time?
4         MS. PASCHAL: Objection to form.
5      A   Depends on their job.
6      Q   Can you explain what you mean by that?
7      A   It depends on their job code that -- the job
8  that they're actually doing, depending on what safety
9  equipment they're required to wear.
10     Q   I've heard the term used at other Tyson plants
11 referenced what's called a K code?
12     A   Yes.
13     Q   Does Madison use the K code?
14     A   Yes.
15     Q   Can you explain to me how K code works at the
16 Madison plant?
17        MS. PASCHAL: Objection to form. Are we
18 talking about currently or -- because, you know, there
19 have been changes throughout the --
20        MR. McCAFFERTY: Yeah, let's talk about
21 currently.
22        MS. PASCHAL: Okay.
23     A   Currently, they get five minutes before shift,
24 five minutes at first break, five minutes at second
25 break, five minutes at post.

Page 20

1      Q   When you say post --
2      A   Post -- end of shift. End of shift. And then
3  they get time according to the equipment they put on.
4      Q   When you say, for example, five minutes for
5  first break, do you mean five minutes for every shift?
6  Five minutes for first break for every shift?
7      A   Yes. Every team member.
8      Q   I didn't hear the last part.
9      A   Every team member that's in production will
10 get --
11     Q   When you used the term production, can you
12 tell me what you mean by that?
13     A   Training, kill, cut, loin, A Ham, B Ham.
14     Q   Would all of converting fall within
15 production?
16     A   Yes.
17     Q   Would all of the cut floor fall within
18 production?
19     A   Yes.
20     Q   Would all the kill floor fall within
21 production?
22     A   Yes.
23     Q   And training as well?
24     A   Yes.
25     Q   Okay. Can we agree that for the rest of this

5 (Pages 17 to 20)

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

b4c12b82-5118-4a9c-bcbe-b8e8aabbf687

Page 45

1  going to be our witness on that one -- on that topic.
2      MR. McCAFFERTY: Okay.
3      Q   From the time period of March 2004 to
4  January 2007, that pre- and post-shift time of four
5  minutes a day, was that referred to as K code time?
6      A   I don't know how it was referred to on the
7  check.
8      Q   On the pay stub, you mean?
9      A   Yeah. I don't know how it was referred to on
10 the pay stub.
11     Q   How is -- how is the K code time currently
12 referred to on the pay stub?
13     A   Pre- and post-shift.
14     Q   Do you know how the K code time was referred
15 to on the pay stub during the time period January 2007
16 to February 2010?
17     A   I can't remember. I would have to check.
18     Q   Okay. Do you have an understanding of what
19 the current wage rates are for hourly employees at the
20 Madison plant?
21     A   Yes.
22     Q   Can you tell me what those rates are in terms
23 of a range or an estimate?
24     A   They start at $11 an hour. The base rate is
25 $12.25 an hour. It takes ninety days to get up to base

Page 46

1  rate.
2      Q   So is the $11 an hour like a probationary wage
3  rate?
4      A   Yes. Start pay.
5      Q   If I worked at the Madison plant two years
6  ago, left, and decided to come back, let's say I came
7  back three weeks ago, would I start over at the $11 an
8  hour?
9      A   Yes.
10     Q   And I would have to work the ninety days to
11 get back to the base rate?
12     A   Unless you can qualify in your job, you can
13 get qualification pay and quick start if you come to
14 work every day.
15     Q   What's quick start?
16     A   It's -- if you're -- if you're on a job that
17 has a value, like grade 1 through 5 and you qualify on
18 that job, you don't have to wait your ninety days to get
19 the $1.25 more, you get it right away if you come to
20 work every day for that week.
21     Q   Can you explain to me what you mean by
22 qualifying for a job?
23     A   You have to be able to pull a count.
24     Q   Pull?
25     A   Pull a count on your job.

Page 47

1      Q   Can you explain what that means?
2      A   You have to do so many pieces of meat with the
3  quality and the quantity to qualify on a job.
4      Q   And once you qualify on a job, do you own that
5  job, for lack of a better term?
6      A   No.
7      Q   Can you explain how that works, owning -- can
8  you own a job at the Madison plant?
9      A   Yes, you can. You can bid on a job and own
10 the job.
11     Q   Can you explain how that process works?
12     A   The bidding system, it's posted on Thursday,
13 are the new jobs that are open, and they take it down on
14 Tuesday. And it's awarded to the most senior team
15 member by department -- or by converting, cut, kill.
16     Q   You talked about the start pay of $11 an hour
17 and the $12.25 base rate. Does anybody at the Madison
18 plant who works on an hourly basis make more than $12.25
19 an hour?
20     A   Yeah. There's a range from $12.25 all the way
21 up to $16.
22     Q   Does your seniority or time worked at the
23 Madison plant raise your pay -- and I'll give you an
24 example. If you have two people that work in the same
25 job and they both own their jobs but one's worked there

Page 48

1  two years longer than the other, will the one that's
2  worked there two years longer make more than the other
3  person?
4      A   No.
5      Q   Is that true, generally, of all the jobs at
6  the plant?
7      A   Yes.
8      Q   Does Tyson pay overtime at the Madison plant?
9      A   Yes.
10     Q   What -- how does one qualify to receive
11 overtime?
12     A   After forty hours worked.
13     Q   What -- what's the structure of the workweek
14 at Madison? When does the workweek begin and when does
15 it end?
16     A   Begins Monday 12 a.m., ends Saturday -- yeah,
17 until Sunday -- wait a second. I need to strike that.
18     Q   Okay.
19     A   It's Sunday through Saturday.
20     Q   Are there any departments at the Madison plant
21 that operate all three shifts?
22         MS. PASCHAL: Objection to form.
23     A   Three shifts?
24     Q   Yeah. Like twenty-four hours a day there's
25 somebody at the department working?