IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANUEL ACOSTA, et al., | ) |
| Plaintiffs, | ) 8:08CV86 |
| vs. | ) |
| TYSON FOODS, INC., | ) ORDER |
| Defendant. | ) |

The records of the court show a letter (Filing No. 78) was sent on July 5, 2011, to:

> Brian J. Lauria
> KENNEY, MCCAFFERTY LAW FIRM
> 1787 Sentry Park West
> Suite 410, Building 18
> Blue Bell, PA 19422

from the Office of the Clerk directing that he register for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System) within fifteen days.  See NEGenR 1.3 and NEGenR 1.7.  As of the close of business on August 23, 2011, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **September 7, 2011**, attorney Brian J. Lauria shall register for admission and for the System or show cause by written affidavit why he cannot comply with the rules of the court.  Failure to comply with this order will result in Mr. Lauria being removed as counsel of record for the plaintiffs.

DATED this 24th day of August, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge