**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| MANUEL ACOSTA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV86 |
| | ) | |
| vs. | ) | |
| | ) | |
| TYSON FOODS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The records of the court show that on July 1, 2011, the parties filed a joint submission (Filing No. 77) listing the attorneys of record. Such listing included an individual named Brian J. Lauria, shown as an associate of Brian P. McCafferty. On July 5, 2011, a letter (Filing No. 78) was sent to Brian J. Lauria at the Kenney, McCafferty law firm, from the Office of the Clerk directing that he register for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System) within fifteen days. **See** NEGenR 1.3 and NEGenR 1.7. As of the close of business on August 23, 2011, said attorney had not complied with the request set forth in the letter from the Office of the Clerk. No person from the Kenney, McCafferty law firm notified the court of any error with respect to the named attorney.

On August 24, 2011, the Court issued a show cause order requiring said attorney to register for the system or to file an affidavit explaining why he was unable to do so (Filing No. 80). On September 7, 2011, another attorney of record, Brian McCafferty, filed a notice (Filing No. 82) indicating his office has no attorney named "Brian J. Lauria," but used to employ a "Brandon J. Lauria" who no longer works for the firm and will not represent the plaintiffs in this matter. Accordingly,

**IT IS ORDERED** that, Brian J. Lauria is stricken as an attorney of record for the plaintiffs and shall not be noticed of events in this case.

Dated this 8th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge