# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MANUEL ACOSTA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV86 |
| | ) | |
| vs. | ) | |
| | ) | |
| TYSON FOODS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Motion for Short Extension of Time to Respond to Defendant's Discovery Requests (Filing No. 108). The plaintiffs state at two-week extension of time, from June 22, 2012, to July 6, 2012, is necessary to allow the single Spanish speaking attorney in the office to prepare responses for Spanish speaking plaintiffs, who represent the majority of the 56 designated plaintiffs. The plaintiffs report the defendant opposes the extension of time. The parties had a deposition deadline of June 22, 2012. **See** Filing No. 106. The deadline for the parties to file motions to compel is also June 22, 2012. *Id.* After the plaintiffs filed their motion, the defendant filed a motion to compel (Filing No. 109) related, in part, to the unanswered requests referenced by the plaintiffs.

Lead counsel assumed responsibility in this case knowing the majority of their clients were Spanish speakers. Under these circumstances, counsel's failure to engage the services of sufficient certified interpreters and/or translators is disturbing and reflects on counsel's ability to prosecute the plaintiffs' claims. Nevertheless, the court finds good cause exists to extend the deadline for two weeks. Upon consideration,

**IT IS ORDERED**:

The plaintiffs' Motion for Short Extension of Time to Respond to Defendant's Discovery Requests (Filing No. 108) is granted. **On or before July 6, 2012**, the plaintiffs shall serve their responses to the defendant's discovery requests.

Dated this 28th day of June, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge