## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MANUEL ACOSTA, et al.** | : | |
| | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **DOCKET NO. 8:08-cv-0086-JFB-TDT** |
| | : | |
| **TYSON FOODS, INC.** | : | |
| | : | **CLASS ACTION** |
| **Defendant.** | : | |
| | : | |

## JOINT STIPULATION

The parties respectfully submit for Court approval this Proposed Joint Stipulation regarding an agreement to postpone the submission and briefing of plaintiffs' petition for fees and expenses in this case in the event that either party appeals to the U.S. Court of Appeals for the Eighth Circuit.  The terms and conditions of this Stipulation are the following:

1.  Plaintiffs agree that their fee request will be based on rate information that would have been relevant to their fee petition had the parties not entered into this Stipulation, as opposed to rates at the time either party's appeal is decided. Thus, Plaintiffs will not seek at a later date hourly rates higher than those applicable at the time their fee petition would have been due in the absence of this Stipulation; provided, however, that nothing in the Parties' Stipulation or this Order shall limit the rights of Plaintiffs to seek attorneys fees in *Acosta v.*

*Tyson Foods, Inc.*, No. 8:08-cv-00086-JFB-TDT (D. Neb.)  or *in Gomez v. Tyson Foods, Inc.*, No. 8:08-00021-JFB-TDT (D. Neb.)  on a percentage of recovery basis or the rights of Defendant to oppose recovery on all grounds available at the time the stipulation is entered.  Defendant  reserves all of its arguments against Plaintiffs' fee petition.  (For example, by way of example only, Defendant does not concede the appropriateness of "national market rates.")

2.     Should the court decline to enter this stipulation, or act contrary to the stipulation at a later date, then the parties agree that the instant Stipulation will no longer be in force.    Plaintiffs will then file their Reply Brief in *Bouaphakeo et al., v. Tyson Foods, Inc.* Civil No. 5:07-cv-04009 within ten (10) days of the Court's order denying the proposed stipulation.

3.     Plaintiffs agree to take all steps necessary to ensure that the judgment in this case is a final appealable judgment with respect to both liability and damages, notwithstanding the postponement of fee briefing.

4.      Plaintiffs agree not to seek to alter the terms of this Stipulation or argue changed circumstances or non-applicability at a later date.

Upon the foregoing.

IT IS ORDERED that the parties' Joint Stipulation Regarding Postponement

of Briefing Regarding Plaintiffs' Motion for Fees and Expenses of the appeal in this

case is GRANTED.

DATED this 4th day of March, 2013.

_____
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF NEBRASKA

Respectfully submitted,

PLAINTIFFS' COUNSEL:

Brian P. Mccafferty
Kenney & McCafferty
1787 Sentry Park West
Building 18, Suite 410
Blue Bell, PA 19422
(215) 367-4333
(215) 367-4335 Fax

*s/ Daniel Arciniegas*
Robert L. Wiggins, Jr.
Candis A. McGowan
Daniel Arciniegas
WIGGINS, CHILDS, QUINN &
PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (facsimile)

Michael Hamilton
Provost Umphrey Law Firm, LLP
2021 Richard Jones Road, Suite 300
Nashville, TN 37215
(615) 242-0199
(615) 256-5922 (facsimile)

Roger K. Doolittle
460 Briarwood Drive, Suite500
Jackson, MS 39206
(601) 957-9777
(601) 957-9779 (facsimile)

Richard L Kaspari
Metcalf, Kaspari, Engdahl & Lazarus, PA
2356 University Avenue West, #230
Saint Paul, MN 55414-1850,
Minneapolis, MN 55416-1573
651/789-7799
651-789-9696 (facsimile)

Kathryn M.Engdahl
Metcalf, Kaspari, Engdahl &
Lazarus, P.A.
 333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1573
(312) 239-0524
(800) 845-1962 (facsimile)

Jay M. Smith
Smith & McElwain Law Office
530 Frances Building, 505 Fifth Street
P.O. Box 1194
Sioux City, Iowa 51102

4

DEFENDANT'S COUNSEL:

*s/Evangeline C. Paschal*

Evangeline C. Paschal
Hunton & Williams, LLP
2200 Pennsylvania Ave., N.W,
Washington, DC 20037

Michael J. Mueller
Hunton & Williams LLP
2200 Pennsylvania Ave N.W.
Washington, DC 20037

Allison Dana Balus
Baird Holm, LLP
1500 Woodmen Tower
Omaha, NE 68102

David J. Kramer
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102

Emily Burkhardt Vicente
Emily L. Aldrich
Hunton & Williams, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071

Steven D. Davidson
Baird Holm McEachen Pedersen
Hamann & Strasheim
1500 Woodmen Tower
Omaha, NE 68102

This 4th day of March, 2013.

*s/ Daniel Arciniegas*