IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MANUEL ACOSTA, on Behalf of Himself
and All Other Similarly Situated Individuals,

Plaintiff,

v.

TYSON FOODS, INC.,

Defendant.

8:08CV86

MEMORANDUM AND ORDER

This matter is before the court on the plaintiffs' updated damages calculation, Filing No. 332, and the defendant's response thereto, Filing No. 333. The plaintiff has submitted two calculations: one for "Damages for Each Class Member Removing Uncompensated Time for One Paid Break Prior to 2/1/10 and Allowing Extra Portion of 5 Minutes to Mitigate Other Uncompensated Time After 2/1/10," indicating damages at the rate of overtime pay that total $6,258,329.74 (Filing No. 332-1 at ECF pp. 1-94) and one for "Damages for Each Class Member Removing Uncompensated Time for One Paid Break Prior to 2/1/10 and Allowing Extra Portion of 5 Minutes to Mitigate Other Uncompensated Time After 2/1/10," indicating damages at the rate of regular pay that total $1,547,276.42 (Filing No. 332-1 at ECF pp. 95-188). The defendant objects to any recovery of damages at the regular rate of pay in the judgment. Filing No. 333, Response at 4.

In earlier orders and at trial, the court found that the plaintiffs could not recover for regular time. *See* Filing No. 311, Findings of Fact and Conclusions of Law at 48 (Filing No. 311 at ECF p. 48); Filing No. 292, Transcript (Vol. II) at 570-74 (Filing No. 292 at ECF pp. 299-303). Accordingly, the court finds the appropriate amount of

compensatory damages in this case is $6,258,329.74. A judgment in accordance with that finding will issue this date.

DATED this 30th day of January, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge