IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MANUEL ACOSTA, on behalf of himself and all other similarly situated individuals | ) ) ) ) | Case No. 8:08CV86 |
| Plaintiff, | ) ) | **ORDER TO DESTROY** |
| vs. | ) ) ) | |
| TYSON FOODS, INC. | ) ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on June 2, 2017 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits from January 22-24 and 28-31, 2013

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: June 2, 2017

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15